## SURRATT BROTHERS v. C. H. KLUTTZ.

### (Filed 21 November, 1923.)

APPEAL by defendant from *Stack, J.,* at May Term, 1923, of DAVIDSON.

Civil action tried upon the following issues:

"1. Did the defendant contract to buy of the plaintiffs 150,000 feet of lumber at $50 a thousand as alleged in the complaint? Answer: 'Yes.'

"2. If so, did the defendant breach the said contract, as alleged in the complaint? Answer: 'Yes.'

"3. What damage, if any, has the plaintiffs sustained by reason thereof? Answer: '$2,825.' "

By consent of plaintiff, the amount of damages was reduced to $2,000 and judgment entered therefor. Defendant appealed.

*Phillips & Bower for plaintiffs.*
*Walser & Walser and Z. I. Walser for defendant.*

PER CURIAM. The trial of this cause reduced itself to a controversy over issues of fact, which the jury alone could determine. A careful perusal of the record convinces us that the case has been tried substantially in accordance with the law bearing on the subject, and we have discovered no ruling or action on the part of the trial court which would seem to require another hearing. The verdict and judgment will be upheld.

No error.

## WEINSTEIN BROTHERS v. JOHN A. McGREGOR.

### (Filed 21 November, 1923.)

APPEAL by plaintiff from *Harding, J.,* at June Term, 1923, of SCOTLAND.

Civil action tried upon the following issues:

"1. Is the defendant indebted to the plaintiff, and if so, in what amount? A. 'Nothing.'

"2. Is the plaintiff indebted to the defendant, and if so, in what amount? A. 'Nothing.' "

Judgment on the verdict, taxing the plaintiff with costs, from which he appeals.

*J. E. Carpenter for plaintiff.*
*W. H. Weatherspoon and Cox & Dunn for defendant.*

PER CURIAM. The trial of this cause reduced itself to a controversy over issues of fact, which the jury alone could determine. A careful perusal of the record convinces us that the case has been tried substantially in accordance with the law bearing on the subject, and we have discovered no ruling or action on the part of the trial court which would seem to require another hearing. The verdict and judgment will be upheld.

No error.

PAUL WALLACE v. THE WEST CONSTRUCTION COMPANY.

(Filed 28 November, 1923.)

APPEAL by defendant from *Calvert, J.,* at June Term, 1923, of LENOIR.

Civil action tried upon the following issues:

"1. Was the plaintiff injured by the negligence of the defendant, as alleged in the complaint? Answer: 'Yes.'

"2. If so, did the plaintiff, by his own negligence, contribute to his injury, as alleged in the answer? Answer: 'No.'

"3. What damage, if any, is the plaintiff entitled to recover of the defendant? Answer: '$300.' "

Judgment on the verdict in favor of plaintiff. Defendant appealed.

*Shaw & Jones for plaintiff.*
*Rouse & Rouse for defendant.*

PER CURIAM. A careful examination of the record in this case discloses no reversible error. The verdict and judgment of the Superior Court will be upheld.

No error.

PAUL WALLACE v. THE WEST CONSTRUCTION COMPANY.

(Filed 28 November, 1923.)

APPEAL by defendant from *Calvert, J.,* at June Term, 1923, of LENOIR.

Civil action tried upon the following issues:

"1. Was the plaintiff injured by the negligence of the defendant, as alleged in the complaint? Answer: 'Yes.'